# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Elizabeth Rivera-Camacho, et al<br><br>    Plaintiffs<br><br>        v.<br><br>Sociedad Pro Hospital del Nino, Inc., et al<br><br>    Defendants | Civil No. 20-1706(RAM) |

**JUDGMENT**

On March 8, 2023, the Parties filed a Joint Stipulation for Voluntary Dismissal with Prejudice (Docket No. 78). In accordance with the Order entered on March 9, 2023 (Docket No. 82), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety. The Court will retain jurisdiction for enforcement purposes.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of March, 2023.

s/Raúl M. Arias-Marxuach
UNITED STATES DISTRICT JUDGE